**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-20-208 |
| RUDY ADONALDO CHAVEZ, | * | |
| *Defendant.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>MEMORANDUM ORDER</u>

Before this Court is Petitioner Rudy Adonaldo Chavez's pro se Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582 and United States Sentencing Guideline Amendment 821. (ECF No. 45.) On November 16, 2021, Mr. Chavez was sentenced to ninety-seven months' imprisonment after pleading guilty to one count each of conspiracy to use interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958, and distribution of controlled substance and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841. (ECF No. 40.)

On February 12, 2024, Mr. Chavez filed the pending Motion to Reduce Sentence (ECF No. 45). While that Motion was still pending, Petitioner was released. *See Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (search by register number 11533-579). He has not been in custody of the Bureau of Prisons since December 23, 2025. *Id.* Accordingly, the Court can no longer grant Mr. Chavez requested relief of a recalculation of criminal history points and a corresponding reduction of sentence.

"'Simply stated, a case is moot when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome.'" *Incumaa v. Ozmint*, 507 F.3d 281, 286

1

(4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). The United States Court of Appeals for the Fourth Circuit has determined that requests for compassionate release or reduction of sentence under 18 U.S.C. § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 WL 4758733, at *1 (4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there is no longer a live controversy regarding the orders denying his motions for compassionate release and for reconsideration."). "When a case is moot, 'the court's subject matter jurisdiction ceases to exist.'" *Wicomico Nursing Home v. Padilla*, 910 F.3d 739, 749 (4th Cir. 2018) (quoting *S.C. Coastal Conservation League v. U.S. Army Corps of Eng'rs*, 789 F.3d 475, 482 (4th Cir. 2015)).

As Mr. Chavez has served his sentence, his Motion (ECF No. 45) is moot and the Court now lacks subject matter jurisdiction over this matter. Accordingly, Petitioner's pro se Motion to Reduce Sentence is DENIED AS MOOT. It is SO ORDERED this 26th day of March 2026.

/s/
Richard D. Bennett
United States Senior District Judge

2